*Ernst* for petitioners. *Solicitor General Perlman, Roger S. Foster, Irwin L. Tappen* and *John C. Benson* for respondents.

No. 753. ROMNEY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *William H. Collins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 813. HUGGINS *v.* TOOMER ET UX. C. C. A. 4th. Motion to extend the time to serve printed papers denied. Certiorari also denied.

No. 66, Misc. RICHARDSON *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 141, Misc. PALULIS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 254, Misc. HINES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 310, Misc. GRIMM *v.* NIERSTHEIMER, WARDEN. Circuit Court of Jefferson County, Illinois. Certiorari denied. Petitioner *pro se. George F. Barrett,* Attorney